

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00003-CR

EX PARTE JAY ALLEN ROTTER

§ On Appeal from the 211th District Court

§ of Denton County (F20-2507-431)

§ May 11, 2023

§ Memorandum Opinion by Justice Womack

§ (nfp)

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the trial court's order denying relief on Jay Allen Rotter's Pretrial Application for Writ of Habeas Corpus is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
Justice Dana Womack